IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JORDAN KERSAINT, :
:
    Plaintiff, :
:
v. :
: Case No: 7:25-CV-00061-WLS-ALS
VALDOSTA STATE PRISON, :
:
    Defendant. :

## ORDER

*Pro se* Plaintiff Jordan Kersaint, a prisoner at Valdosta State Prison in Valdosta, Georgia, has filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff complains that in January 2025, a corrections officer used excessive force in violation of Plaintiff's constitutional rights. *Id.* at 4. However, a review of the Court's records reveals that Plaintiff filed two other civil actions within a month's time complaining about this same incident. *See Kersaint v. Valdosta State Prison,* 7:25-cv-00038-WLS-ALS and *Kersaint v. Valdosta State Prison,* 7:25-cv-00053-WLS-ALS.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of another active case. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative … if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the pleadings in the present civil action are identical to a pending civil action, the present action is **DISMISSED** as duplicative.

Plaintiff cannot file any other pleadings under this civil action number 7:25-cv-00061-WLS-ALS.

Lastly, Plaintiff is advised that the Court is currently in the process of conducting its preliminary screening of Plaintiff's complaint in *Kersaint v. Valdosta State Prison,* 7:25-cv-00038-WLS-ALS as mandated by the Prison Litigation Reform Act, 28 U.S.C. § 1915A(a). While *Kersaint v. Valdosta State Prison,* 7:25-cv-00038-WLS-ALS is under review and in litigation, Plaintiff is **ORDERED** not to file duplicative complaints raising the same claims as he has done here nor should he file duplicative motions in his pending civil action.

SO ORDERED, this 14th day of May 2025.

_____
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT