IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JORDAN KERSAINT, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-61 |
| | * |
| VALDOSTA STATE PRISON, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of May, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk